IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ELGIN WALKER,<br><br>    Plaintiff,<br><br>v.<br><br>OFFICER SOLOMON, WARDEN GLEN JOHNSON, *et al.*,<br><br>    Defendants. | CIVIL ACTION NO. 5:12-CV-448 (MTT) |

## ORDER

Before the Court is Magistrate Judge Stephen Hyles' Recommendation on Plaintiff Elgin Walker's Complaint. (Doc. 6). The Magistrate Judge recommends "that only the claims that Office Solomon violated the Eighth and Fourteenth Amendments when he failed to protect [the] Plaintiff from an attack by a fellow inmate be allowed to go forward in this action." (Doc. 6 at 1). The Plaintiff has not objected to the Recommendation.

The Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is adopted and made the order of this Court. Defendants John Doe, Glen Johnson, and Warden Ivy are **DISMISSED** from this action.

**SO ORDERED**, this 11th day of March, 2013.

                                                      S/ Marc T. Treadwell
                                                    MARC T. TREADWELL, JUDGE
                                                    UNITED STATES DISTRICT COURT